IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00343-RJC-DCK
3:18-CR-194-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | )    <u>ORDER</u> |
| | ) |
| QUANDELLA WALKER | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant to extend the deadline for self-reporting to her designated Bureau of Prisons facility for service of her sentence. (Case No. 3:17-cr-343, Doc. No. 30; Case No. 3:18-cr-194, Doc. No. 14). The motion recites that the government does not oppose the defendant's request.

For the reasons stated in the defendant's motion, the Court finds that the defendant has good cause to extend the deadline for reporting to serve her sentence.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **GRANTED**, and the deadline for self-reporting is extended until on or after June 8, 2019, as notified by the United States Marshals Service, during which she shall remain under the previously ordered bond conditions.

The Clerk is directed to certify copies of this Order to the defendant, counsel for the defendant, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: May 9, 2019

Robert J. Conrad, Jr.
United States District Judge